IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NADINE MCCLELLAND                                            PLAINTIFF

   v.                       Civil No. 08-05159

MICHAEL J. ASTRUE,
Commissioner Social Security
Administration                                               DEFENDANT

### J U D G M E N T

Now on this 17th day of November 2009, comes on for consideration the **Magistrate Judge's Report and Recommendation**, dated October 29, 2009 (document #8), by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

                                        /s/ JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE